UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHRISTOPHER A. GEIS,                 )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )          No. 1:16-cv-01921-SEB-MPB
                                     )
NANCY A. BERRYHILL Acting Commissioner )
Social Security Administration,      )
                                     )
                    Defendant.       )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date:  _____8/25/2017_____          _Sarah Evans Barker_____

                                     SARAH EVANS BARKER, JUDGE
                                     United States District Court
                                     Southern District of Indiana


Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov